United States District Court
Southern District of Texas
**ENTERED**
December 06, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRADLEY JARED BARTON, TDCJ #1680744, | § § § | |
| Petitioner, | § § § | |
| v. | § § | CIVIL ACTION NO. H-15-0587 |
| LORIE DAVIS, Director, Texas Department of Criminal Justice - Correctional Institutions Division, | § § § § § | |
| Respondent. | § | |

## ORDER TO REINSTATE

State inmate Bradley Jared Barton filed a petition for a federal writ of habeas corpus under 28 U.S.C. § 2254, challenging a state court conviction. On October 23, 2015, the Court granted the respondent's motion for summary judgment after finding that Barton had failed to exhaust available state court remedies [Doc. # 34]. In that same order the Court stayed and administratively closed this case pending a ruling by the Texas Court of Criminal Appeals on Barton's state habeas corpus application. Barton filed a notice of appeal from that decision [Doc. # 39]. Thereafter, the Texas Court of Criminal Appeals denied Barton's state habeas corpus application. Advising that the Fifth Circuit has dismissed his appeal as moot, Barton now moves to reinstate this case.

The Court **ORDERS** as follows:

1. Barton's motion to reinstate [Doc. # 52] is **GRANTED**.

2. The Clerk's Office shall **REINSTATE** this case to the Court's active docket.

3. The respondent shall file a dispositive motion within **sixty (60) days** from the date of this order. The petitioner will have **thirty (30) days** from the date shown on the certificate of service to file a reply.

The clerk's office will provide a copy of this order to the parties.

SIGNED at Houston, Texas on December 6, 2016.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE